IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE WILLIAMS,<br><br>    Plaintiff,<br><br>  vs.<br><br>T. CLAYTON, et al.,<br><br>    Defendants.<br>_____/ | 1:07–cv-00731-AWI-SMS-(PC)<br><br>ORDER VACATING FINDINGS AND RECOMMENDATION OF SEPTEMBER 14, 2007<br>(Doc. 6)<br><br>ORDER DIRECTING CLERK TO UPDATE PLAINTIFF'S ADDRESS AND SEND AN APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>ORDER FOR PLAINTIFF TO SUBMIT NEW APPLICATION TO PROCEED IN FORMA PAUPERIS AND CERTIFIED COPY OF TRUST ACCOUNT STATEMENT, **OR** PAY FILING FEE<br><br>THIRTY DAY DEADLINE TO SUBMIT APPLICATION OR PAY FILING FEE |

Plaintiff is a prisoner proceeding pro se with a civil rights complaint pursuant to 42 U.S.C. § 1983.

On July 5, 2007, the court issued an order requiring plaintiff to file a new application to proceed in forma pauperis, or in the alternative, to pay the $350.00 filing fee for this action. The order was served on plaintiff at the address in the court's record, 4315 Manhattan Beach Blvd., Lawndale,

1

California 90260. On July 31, 2007, the mail to plaintiff was returned to the court by the postal service as undeliverable as addressed.[1] On September 14, 2007, the court submitted findings and recommendations to United States District Judge Anthony W. Ishii to dismiss plaintiff's case for failure to comply with the court's order of July 5, 2007.

A review of plaintiff's file shows that plaintiff has never used the address in Lawndale, California in this action since the complaint was filed on May 18, 2007. All of plaintiff's documents in this action plainly show his address as P.O. Box 1906, Tehachapi, California 93581. It is apparent the court's record requires correction to reflect plaintiff's current address in this action. That being the case, the address shall be corrected and the court shall vacate its finding and recommendation of September 14, 2007.

Plaintiff shall be given another opportunity to submit a new application to proceed in forma pauperis, or in the alternative, to pay the $350.00 filing fee for this action. The application previously submitted by plaintiff on May 18, 2007, was deficient because it did not include the required original signature of an authorized prison official. Furthermore, plaintiff has not submitted a certified copy of his prison trust account statement pursuant to 28 U.S.C. § 1915.

In light of the foregoing, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation of September 14, 2007, is VACATED;
2. The Clerk is DIRECTED to update the court's record to reflect plaintiff's current address at Tehachapi, California;
3. The Clerk is DIRECTED to send to plaintiff an application to proceed in forma pauperis; and
4. Within thirty days of the date of service of this order, plaintiff SHALL:
   (a) submit a new application to proceed in forma pauperis which includes the required original signature of an authorized prison official, and a certified copy

///

---

[1] According to the court's record, plaintiff had not notified the court of any change in his address. Absent such notice, service at a party's prior address is fully effective. Local Rule 83-182(f).

2

of his prison trust account statement for the six month period immediately preceding the filing of the complaint;

OR in the alternative,

(b)  pay the $350.00 filing fee for this action.

Failure to comply with this order shall result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:   September 20, 2007**                     /s/ Sandra M. Snyder
UNITED STATES MAGISTRATE JUDGE

3